THORACIC AND CARDIOVASCULAR ASSOCIATES OF
NEW HAVEN, P.C. *v.* CHARLES SARTELL
(12804)

LANDAU, SCHALLER and SPEAR, Js.

Argued April 4—decision released May 17, 1994

*Sung-Ho Hwang,* for the appellant (plaintiff).

*Charles Sartell,* pro se, the appellee (defendant).

PER CURIAM. This is an appeal by the plaintiff from
the judgment of the trial court, following a court trial,
rendered in favor of the defendant.

The plaintiff has failed to present either a written
memorandum of decision or a transcribed copy of an
oral decision signed by the court, stating its decision
on the issues in the case and, if there were factual find-
ings, the factual basis for its decision. The plaintiff, as
appellant, has the responsibility to provide this court
with an adequate record for review. Practice Book
§ 4061; *DeMilo* v. *West Haven,* 189 Conn. 671, 681, 458
A.2d 362 (1983); *Holmes* v. *Holmes,* 32 Conn. App. 317,
319, 629 A.2d 1137, cert. denied, 228 Conn. 902, 634
A.2d 295 (1993); *Connecticut Bank & Trust Co., N.A.*
v. *Linsky,* 32 Conn. App. 13, 15, 627 A.2d 954 (1993);
*Augeri* v. *Planning & Zoning Commission,* 24 Conn.
App. 172, 178, 586 A.2d 635, cert. denied, 218 Conn.
904, 588 A.2d 1383 (1991). "This court recently noted
that we cannot render a decision without first having
'specific findings of fact to determine the basis of the
court's ruling.' *State* v. *Rios,* 30 Conn. App. 712, 715,

622 A.2d 618 (1993)." *Gelormino* v. *Blaustein,* 31 Conn. App. 750, 751, 626 A.2d 1325 (1993). We have consistently stated that it is the responsibility of the appellant to provide an adequate record for review and we see no reason to depart from that rule.

The judgment is affirmed.